Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAE Y. YI,<br><br>        Defendant. | Docket 6:09-mj-00172-YNP<br><br>MOTION TO DISMISS; AND ORDER THEREON |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon.

Dated: April 4, 2010                                              NATIONAL PARK SERVICE

                                                                                          /S/ Susan St. Vincent
                                                                                         Susan St. Vincent
                                                                                         Acting Legal Officer

IT IS SO ORDERED.

**Dated:   April 5, 2010**                                         **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE

1